ACCEPTED
01-15-00617-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/24/2015 6:03:40 PM
CHRISTOPHER A. PRINE
CLERK

Chris Daniel - District Clerk Harris County
Envelope No. 6047604
By: CHRISTINA Washington
Filed: 7/13/2015 6:03:40 PM

NO. 2014-32179

| | | |
|---|---|---|
| **TEXAS RIGHT TO LIFE COMMITTEE, INC.** | § § § | **IN THE DISTRICT COURT** |
| **v.** | § § | **152ND JUDICIAL DISTRICT** |
| **BOB DEUELL** | § § | **HARRIS COUNTY, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/24/2015 11:06:03 AM
CHRISTOPHER A. PRINE
Clerk

## DEFENDANT'S NOTICE OF INTERLOCUTORY APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, BOB DEUELL, and files this Notice of Interlocutory Appeal, pursuant to *Texas Rules of Appellate Procedure* Sections 26.1(b) and 28.1, from the District Court's Order Denying Defendant's Motion to Dismiss issued on July 1, 2015. Defendant would respectfully show the Court the following:

On June 19, 2015, the Court held a hearing on Defendant's Motion to Dismiss pursuant to Chapter 27 of the Texas Civil Practice & Remedies Code. On July 1, 2015, the Court issued an Order denying Defendant's Motion to Dismiss. A true and correct copy of the Order is attached as Exhibit "A." On July 13, 2015, Defendant received notice of the Order and this Notice of Interlocutory Appeal followed.

Defendant hereby appeals to this Court's jurisdiction as Defendant asserts that this case should have been dismissed pursuant to a motion to dismiss under the *Texas Citizen Participation Act* codified at Chapter 27 of the *Texas Civil Practice & Remedies Code*. Defendant intends this Interlocutory Appeal to be accelerated in accordance with Rule 28.1 of the *Texas Rules of Appellate Procedure* and as required under *Texas Civil Practice & Remedies Code* § 27.008(a).

Defendant would further show the Court that this appeal stays commencement of a trial and all other proceedings in the trial court pending resolution of the interlocutory appeal in the First Court of Appeals, Houston, Texas pursuant to Section 51.014(b), *Texas Civil Practice and Remedies Code*.

SIGNED this 13th day of July, 2015.

Respectfully submitted,

Denton Navarro Rocha Bernal Hyde & Zech, P.C.
attorneys & counselors at law • rampagelaw.com
A Professional Corporation
2500 W. William Cannon Drive, Suite 609
Austin, Texas 78745
512/279-6431
512/279-6438 (Facsimile)
**george.hyde@rampage-aus.com**
**scott.tschirhart@rampage-aus.com**

By: _____
GEORGE E. HYDE
State Bar No. 45006157
SCOTT M. TSCHIRHART
State Bar No. 24013655

*Counsel for Defendant Bob Deuell*

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing instrument has been served upon the below named individual(s) as indicated, and according to the Texas Rules of Civil Procedure on the 13th day of July, 2015.

James E. "Trey" Trainor, III             Electronic Notification
BEIRNE, MAYNARD & PARSON, L.L.P.
401 W. 15th Street, Suite 845
Austin, TX 78701

Joseph M. Nixon                      Electronic Notification
BEIRNE, MAYNARD & PARSON, L.L.P.
1300 Post Oak Blvd., 25th Floor
Houston, TX 77056-3000

 

GEORGE E. HYDE
SCOTT M. TSCHIRHART

CAUSE NO. 2014-32179

| | | |
|---|---|---|
| TEXAS RIGHT TO LIFE COMMITTEE, INC. | § § § | IN THE DISTRICT COURT OF |
| v. | § § | HARRIS COUNTY, T E X A S |
| BOB DEUELL | § § | 152nd JUDICIAL DISTRICT |

**FILED**
Chris Daniel
District Clerk

JUL 01 2015

Time:_____
Harris County, Texas
BY_____
Deputy

## ORDER

O§n this date came on to be heard Defendants' Motion to Dismiss pursuant to Tex. Civ. Prac. Code §27.003, and this court, after considering the pleadings and arguments of counsel, finds that this motion should be denied.

Signed July 1, 2015.

Robert K. Schaffer
Presiding Judge



EXHIBIT
A